1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone (559) 497-4000
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )  CASE NO. 1:09-MJ-00262-DLB
                                 )
12              Plaintiff,       )
                                 )  STIPULATION TO CONTINUE COURT
13 v.                            )  DATE AND ORDER
                                 )
14 VLADIMIR BUKHANKOV            )
                                 )
15              Defendant(s).    )
                                 )
16 _____)

17

18

19      IT IS HEREBY STIPULATED by and between the parties hereto

20 through there respective counsel, LAUREL J. MONTOYA, Assistant United

21 States Attorney for Plaintiff, and MATT GEISICK, Attorney for

22 Defendant, that the Arraignment Hearing currently scheduled for

23 Thursday, November 12, 2009, at 10:00 a.m., before the Honorable

24 Magistrate Judge Sandra M. Snyder be continued to Thursday,

25 December 10, 2009, at 10:00 a.m. before the Duty Magistrate.

26 / / /

27 / / /

28 / / /

The reason for this continuance is so that the parties may engage in plea negotiations in an attempt to resolve this matter.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATED: November 10, 2009      By        /s/ Laurel J. Montoya
                                        LAUREL J. MONTOYA
                                        Assistant U.S. Attorney



                                        LAW OFFICES OF
                                        MAJEED S. SAMARA


DATED: November 10, 2009      BY        /s/ Matt Geisick
                                        MATT GEISICK
                                        Attorneys for Defendant
```

**O R D E R**

IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT defendant and his attorney appear on Thursday, December 10, 2009 at 10:00 a.m. for Arraignment on the Information filed on October 14, 2009.

```
DATED: November 13, 2009           /s/ Sandra M. Snyder
                                   THE HONORABLE SANDRA M. SNYDER
                                   UNITED STATES MAGISTRATE JUDGE
```

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that he/she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on November 10, 2009, a copy of STIPULATION TO CONTINUE COURT DATE AND ORDER was served by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Fresno, California.

Addressee(s):

Matt Geisick, Esq.
Law Offices of Majeed S. Samara
660 El Camino Real, Suite 214
Millbrae, CA 94030

/s/ F. DaSILVA
F. DaSILVA